**Order entered September 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00857-CV

### VILIA RIOS AND CHARLIE RIOS, Appellant

### V.

### MO & ASSOCIATE LLC, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-16-03194-E**

## ORDER

By letter dated August 25, 2016, Dallas County Clerk John F. Warren has informed us that appellant's affidavit of indigence was not contested. Accordingly, appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f). We **ORDER** Mr. Warren and court reporter Vikki Ogden to prepare the appellate record without prepayment. *See id.* 20.1(k). The record remains due September 12, 2016.

/s/    ELIZABETH LANG-MIERS
        JUSTICE